**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CROWN CORK & SEAL USA, INC. | : | |
| | : | Civil Action No. 2:25-cv-006887-WB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DM TRANS, LLC d/b/a ARRIVE | : | |
| LOGISTICS and SPG | : | |
| TRANSPORTATION, INC., | : | **STIPULATION EXTENDING** |
| | : | **DEFENDANT, SPG** |
| | : | **TRANSPORTATION INC's TIME TO** |
| | : | **RESPOND TO PLAINTIFF'S** |
| | : | **COMPLAINT** |
| | : | |
| Defendants, | : | |
| | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Defendant, SPG Transportation Inc, to answer, move or otherwise plead with respect to Plaintiff's Complaint in this action is hereby extended for a period of thirty (30) days, up to and including February 9, 2026.

No provisions of this Stipulation shall be construed as a waiver of, and Defendant, SPG Transportation Inc expressly reserves, all defenses.

Dated: January 9, 2026

| | |
|---|---|
| **MARSHALL DENNEHEY, P.C.** | **DILWORTH PAXSON LLP** |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff, Crown Cork & Seal* |
| *SPG Transportation Inc.* | *USA, Inc.* |
| | |
| BY: *s/ Christopher J. DiCicco* | By: *s/ Matthew T. Gardella* |
|     CHRISTOPHER J. DiCICCO, ESQ. |     MATTHEW T. GARDELLA, ESQ. |
|     15000 Midlantic Drive, Suite 200 |     1650 Market Street, Suite 1200 |
|     P.O. Box 5429 |     Philadelphia, PA 19103 |
|     Mount Laurel, NJ 08054 | |

1

SO ORDERED:    1/13/2026

S/ WENDY BEETLESTONE

_____

Hon. Wendy Beetlestone